# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00011-CV

**Teddy J. Staub, Orlena Mehrabian, Hossain Mehrabian, Luciano Rivera, and Mary Jo Greenough, Appellants**

**v.**

**The City of Round Rock, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 09-604-C368, HONORABLE RICK J. KENNON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Mary Jo Greenough has filed a motion to dismiss her claims on appeal. We grant the motion and dismiss Mary Jo Greenough from the appeal. The appeal will continue under the style *Teddy J. Staub, Orlena Mehrabian, Hossain Mehrabian, and Luciano Rivera, Appellants v. The City of Round Rock, Appellee*.

It is ordered May 23, 2014.

Before Justices Puryear, Goodwin, and Field